DANIEL G. BOGDEN
United States Attorney
PAMELA A. MARTIN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
PHONE: (702) 388-6336
FAX:  (702) 388-6698

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>RAYMOND J. MEDLIN,<br><br>         Defendant. | 2:12-cr-00179-GMN-CWH<br><br>GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the Criminal Indictment filed May 22, 2013 (*See* Docket #1) against defendant Raymond J. Medlin.[1]

On October 2, 2015, the United States was provided a certified copy of Raymond Medlin's death certificate. Accordingly, the United States respectfully requests that the

---

[1] For the reasons set forth in this motion, the United States seeks to dismiss the indictment against defendant Raymond Medlin only.  The United States is not moving to dismiss the indictment against defendant Eric Medlin.

1

Criminal Indictment (Doc. #1) against defendant Raymond Medlin, be dismissed and the case against the same be closed.

DATED: December 18, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_____//s//_____
PAMELA A. MARTIN
Assistant United States Attorneys

**IT IS SO ORDERED.**
**DATED** \_\_23\_\_ day of December, 2015.

_____
**Gloria M. Navarro, Chief Judge**
**United States District Court**